UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

JAMES MURRAY,

                                    Plaintiff,
                                                                    Civil Action No.
                                                                    9:05-CV-1113
        v.                                                          (FJS/DRH)

GOORD; SUPERINTENDENT OF AUBURN
CORRECTIONAL FACILITY,

                                    Defendant.

_____

APPEARANCES:                                    OF COUNSEL:

**FOR PLAINTIFF**:

JAMES MURRAY, *pro se*
95-A-4417
Upstate Correctional Facility
P.O. Box 2001
Malone, NY   12953

**FOR DEFENDANTS**:

HON. ANDREW M. CUOMO              HEATHER R. RUBINSTEIN, ESQ.
Attorney General of               Assistant Attorney General
the State of New York
The Capitol
Albany, New York    12224-0341


**FREDERICK J. SCULLIN, JR., S.J.:**


                                   **ORDER**


        Currently before the Court is the Report-Recommendation and Order of Magistrate Judge

David R. Homer filed July 6, 2009 to which the parties have not filed any objections.  On July 15, 2009, Senior Judge Frederick J. Scullin extended the plaintiff's deadline to submit objections to Magistrate Judge Homer's Report-Recommendation and Order to on or before October 20, 2009.  Thereafter, plaintiff has filed no objections to said Report-Recommendation and Order. Accordingly, the Court having reviewed the Report-Recommendation and Order and the entire file in this matter, the Court hereby

ORDERS that the Report-Recommendation and Order of Magistrate Judge David R. Homer filed July 6, 2009 is **ADOPTED IN ITS ENTIRETY** for the reasons stated therein; and the Court further

ORDERS that the motion for Judgment on the Pleadings filed by defendant Goord is **GRANTED,** and the Court further

ORDERS that plaintiff's complaint is **DISMISSED** in its entirety, and the Court further

ORDERS that the Clerk of the Court shall enter judgment in favor of defendant and close this case.

**IT IS SO ORDERED**.

DATED:  October 23,  2009
          Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge